| United States Bankruptcy Court<br>Northern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Connery, John, E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**a/k/a Jack Connery, Jack E. Connery**<br>**f/d/b/a Mississippi Valley Livestock, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **3271** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**19436 Ridge Drive**<br>**East Dubuque, IL** | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| ZIP CODE **61025** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Jo Daviess** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 55**<br>**East Dubuque, IL** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE **61025** | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |
| | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **John E. Connery** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable** _____<br>   Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | John E. Connery |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ John E. Connery**
Signature of Debtor    **John E. Connery**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/23/2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Francis Wm. Henkels  Bar No.  2305**
Printed Name of Attorney for Debtor(s) / Bar No.

**Francis Wm. Henkels**
Firm Name

**1400 University Avenue, Suite D Dubuque, IA 52001**
Address

**(563) 557-1611          (563) 557-9775**
Telephone Number

**9/23/2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Iowa

In re:  **John E. Connery**                                                      Case No. _____
_____
             Debtor                                                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ John E. Connery** _____

**John E. Connery**

Date:   **9/23/2008** _____

Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Belmont Sales Barn
2677 Salebarn Lane
Belmont, WI 53510


Big Sky Cattle
Montana Stewart
P.O. Box 630
Tomah, WI  54660-0630


Bloomington Livestock Exchange, Inc
c/o D. Alexander Matin, Esq.
Dewitt Ross & Stevens SC
2 E. Mifflin St. Suite #600
Madison, WI  53703-2865

Boswell Livestock Auction
Commission Co.
P.O. Box 274
Boswell, IN  47931-0274


Cascade Sales Barns
28997 New Vienna Rd.
New Vienna, IA  52065-9631


Central Livestock Association
Zumbrota market
44326 City Blvd.
Zumbrota, MN  55992


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL  60094-4014


Circle S. Transport
220 Imboden Dr.
Winchester, IA 22603-5793

Citi Card
P.O. Box 688902
Des Moines, IA 50368-8902


Cresco Livestock Market
P.O. Box 295
825 Stock Ave.
Cresco, IA 52136-1261


Dan Murray
1756 Whitetail Rd.
Decorah, IA  52101


Decorah Sales Comm.
P.O. Box 385
Decorah, IA 52101-0385


Discover
P.O. Box 30423
Salt Lake City, UT  84130-0423


Equifax Information Services
P.O. Box 740241
Atlanta, GA  30374


Equity Cooperative LSK Sale
E10890 Penny Lane
Baraboo, WI  53913-8100


Eric Schendel
121 Vista Ct.
West Salem, WI  54669-9267


Experian
National Consumer Assistance Center
P.O. Box 2002
Allen, TX  75013

Fairview Sales Barn, Inc.
1120 Carter St.
P.O. Box 325
Fairview, IA 61432-0325


FRS Farms, Inc.
Rick Stewart
P.O. Box 630
Tomah, WI  54660-0630


Galena State Bank
971 Gear Street
Galena, IL 61036


Galesburg Livestock Sales, Inc.
1714 Knox Highway 9
Galesburg, IL 61401-8602


Green Truckline, Inc.
P.O. Box 502
Cascade, IA 52033-0502


H & R Trucking, Inc.
P.O. Box 131
St. Paul, MN  55075-0131


Internal Revenue Service
Austin, TX  73301-0030


J & R Farms
Ron Lahr
2668 310th Ave.
Hopkinton, IA 52237-7731


K & J Trucking
2541 Jackson Ave.
George, IA 51237

Kness Trucking, Inc.
P.O. Box 463
Chadwick, IL 61014-0463


Lanesboro Sales Commisson, Inc.
P.O. Box 363
Lanesboro, MN 55949-0363


Manchester Livestock Auction Inc.
P.O. Box 178
Manchester, IA 52057


Midwest Livestock Express, Inc.
P.O. Box 65
Springfield, MN  56087-0064


North Country Livestock
Paul McClone
N. 4774 N. Highline Rd.
Bonduel, WI  54107-8894


Reel Livestock Auction
P.O. Box 157
Congerville, IL 61729-0157


Rock Island Livestock Auction
P.O. Box 6276
Rock Island, IL 61204-6276


Ron L. Lahr
c/o Tom Jenk
P.O. Box 304
Dyersville, IA 52040


Schier Trucking, LLC
1287 Mt. Morris Rd.
Mt. Morris, IL 61054-9727

Schroeder Transport, LLC
27336 Nevada Rd.
Cashton, WI  54619


SFRL, Inc.
Sheldon Livestock
728 Par Lane
Rock Valley, IA 51247


Sioux Falls Regional Livestock
728 Par Lane
Rock Valley, IA  51247


Stephen G. Balsley
Barrick, Switzer, Long, Balsley, et
6833 Stalter Drive
Rockford, IL 61108-2579


TransUnion
P.O. Box 2000
Chester, PA  19022


Tri-State Livestock Auction
P.O. Box 166
Sioux Center, IA 51250-0166


United Auction Center
P.O. Box 777
Maquoketa, IA 52060


Valley Pride Meats, Inc.
Rick Stewart
P.O. Box 256
Norwalk,  WI 54648-0256


Walnut Auction Sales
607 W. North
Walnut, IL 61376

Wells Fargo Bank,  N.A.
Bankruptcy Dept.
P.O. Box 53476
Phoenix, AZ  85072-3476

B6D (Official Form 6D) (12/07)

In re  **John E. Connery**                                            .          Case No. _____
                    **Debtor**                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

_0_   continuation sheets
       attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 0.00 | $ 0.00 |
| $ 0.00 | $ 0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  John E. Connery _____        Case No. _____
                         Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **John E. Connery**                                    Case No. _____
                                                                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **3271** <br> **Internal Revenue Service** <br> **Austin, TX  73301-0030** | | | **Unpaid Taxes** | | | | **12,000.00** | **12,000.00** | **0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **12,000.00** | $ **12,000.00** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **12,000.00** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **12,000.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re    John E. Connery _____    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4313 0700 1951 8163 <br><br> Bank of America <br> PO Box 15019 <br> Wilmington, DE 19886-5019 | | | Personal Credit Card | | | | 4,000.00 |
| ACCOUNT NO. <br><br> Belmont Sales Barn <br> 2677 Salebarn Lane <br> Belmont, WI 53510 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |
| ACCOUNT NO. <br><br> Big Sky Cattle <br> Montana Stewart <br> P.O. Box 630 <br> Tomah, WI  54660-0630 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |
| ACCOUNT NO. <br><br> Bloomington Livestock Exchange, Inc. <br> c/o D. Alexander Matin, Esq. <br> Dewitt Ross & Stevens SC <br> 2 E. Mifflin St. Suite #600 <br> Madison, WI  53703-2865 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 5,000.00 |
| ACCOUNT NO. <br><br> Boswell Livestock Auction Commission Co. <br> P.O. Box 274 <br> Boswell, IN  47931-0274 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |

_9_   Continuation sheets attached

Subtotal ➤ $      54,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John E. Connery                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Cascade Sales Barns**<br>**28997 New Vienna Rd.**<br>**New Vienna, IA  52065-9631** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **10,000.00** |
| ACCOUNT NO.<br><br>**Central Livestock Association**<br>**Zumbrota market**<br>**44326 City Blvd.**<br>**Zumbrota, MN  55992** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **10,000.00** |
| ACCOUNT NO.  **4266 5130 3192 2274**<br><br>**Chase**<br>**Cardmember Services**<br>**P.O. Box 94014**<br>**Palatine, IL  60094-4014** | | | **Personal BP Credit Card** | | | | **1,000.00** |
| ACCOUNT NO.  **5184 4500 3019 4009**<br><br>**Chase**<br>**Cardmember Services**<br>**P.O. Box 94014**<br>**Palatine, IL  60094-4014** | | | **Personal Credit Card** | | | | **2,000.00** |
| ACCOUNT NO.<br><br>**Circle S. Transport**<br>**220 Imboden Dr.**<br>**Winchester, IA 22603-5793** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    **38,000.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John E. Connery _____     Case No. _____
                                    Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5466 1600 1484 4037** <br><br> **Citi Card** <br> **P.O. Box 688902** <br> **Des Moines, IA 50368-8902** | | | **Personal A Advantage Credit Card** | | | | 3,000.00 |
| ACCOUNT NO. <br><br> **Cresco Livestock Market** <br> **P.O. Box 295** <br> **825 Stock Ave.** <br> **Cresco, IA 52136-1261** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | 20,000.00 |
| ACCOUNT NO. <br><br> **Dan Murray** <br> **1756 Whitetail Rd.** <br> **Decorah, IA  52101** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | 5,000.00 |
| ACCOUNT NO. <br><br> **Decorah Sales Comm.** <br> **P.O. Box 385** <br> **Decorah, IA 52101-0385** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | 10,000.00 |
| ACCOUNT NO.   **6011 0077 3030 6916** <br><br> **Discover** <br> **P.O. Box 30423** <br> **Salt Lake City, UT  84130-0423** | | | **Personal Credit Card** | | | | 2,000.00 |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⮞  $          40,000.00

Total  ⮞  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    John E. Connery _____    Case No. _____
_____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    N/A<br><br>Equifax Information Services<br>P.O. Box 740241<br>Atlanta, GA  30374 | | | 09/01/2008<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.<br><br>Equity Cooperative LSK Sale<br>E10890 Penny Lane<br>Baraboo, WI  53913-8100 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Eric Schendel<br>121 Vista Ct.<br>West Salem, WI  54669-9267 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |
| ACCOUNT NO.    N/A<br><br>Experian<br>National Consumer Assistance Center<br>P.O. Box 2002<br>Allen, TX  75013 | | | 09/01/2008<br><br>NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO.<br><br>Fairview Sales Barn, Inc.<br>1120 Carter St.<br>P.O. Box 325<br>Fairview, IA 61432-0325 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   >   $            40,000.00

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   John E. Connery                                    Case No. _____
                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FRS Farms, Inc. Rick Stewart P.O. Box 630 Tomah, WI 54660-0630 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |
| ACCOUNT NO. Galena State Bank 971 Gear Street Galena, IL 61036 | | | Personal Unsecured Loans | | | | 1,600,000.00 |
| ACCOUNT NO. Galesburg Livestock Sales, Inc. 1714 Knox Highway 9 Galesburg, IL 61401-8602 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |
| ACCOUNT NO. Green Truckline, Inc. P.O. Box 502 Cascade, IA 52033-0502 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |
| ACCOUNT NO. H & R Trucking, Inc. P.O. Box 131 St. Paul, MN 55075-0131 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |

Sheet no. 4 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,640,000.00

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  John E. Connery _____    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **J & R Farms Ron Lahr 2668 310th Ave. Hopkinton, IA 52237-7731** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **10,000.00** |
| ACCOUNT NO.  **K & J Trucking 2541 Jackson Ave. George, IA 51237** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.  **Kness Trucking, Inc. P.O. Box 463 Chadwick, IL 61014-0463** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.  **Lanesboro Sales Commisson, Inc. P.O. Box 363 Lanesboro, MN 55949-0363** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.  **Manchester Livestock Auction Inc. P.O. Box 178 Manchester, IA 52057** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **25,000.00** |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $  **80,000.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   John E. Connery                                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Midwest Livestock Express, Inc.<br>P.O. Box 65<br>Springfield, MN  56087-0064 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |
| ACCOUNT NO.<br><br>North Country Livestock<br>Paul McClone<br>N. 4774 N. Highline Rd.<br>Bonduel, WI  54107-8894 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 25,000.00 |
| ACCOUNT NO.<br><br>Reel Livestock Auction<br>P.O. Box 157<br>Congerville, IL 61729-0157 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Rock Island Livestock Auction<br>P.O. Box 6276<br>Rock Island, IL 61204-6276 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 25,000.00 |
| ACCOUNT NO.<br><br>Ron L. Lahr<br>c/o Tom Jenk<br>P.O. Box 304<br>Dyersville, IA 52040 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | 10,000.00 |

Sheet no.  6 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                90,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **John E. Connery**                                    Case No. _____
                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 15,000.00 |
| Schier Trucking, LLC 1287 Mt. Morris Rd. Mt. Morris, IL 61054-9727 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | |
| ACCOUNT NO. | | | | | | | 15,000.00 |
| Schroeder Transport, LLC 27336 Nevada Rd. Cashton, WI 54619 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | |
| ACCOUNT NO.    LACV019923 | | | | | | | 329,120.81 |
| SFRL, Inc. Sheldon Livestock 728 Par Lane Rock Valley, IA 51247 | | | Personal Judgment & MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | |
| ACCOUNT NO. | | | | | | | 15,000.00 |
| Sioux Falls Regional Livestock 728 Par Lane Rock Valley, IA 51247 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | |
| ACCOUNT NO. | | | | | | | 15,000.00 |
| Stephen G. Balsley Barrick, Switzer, Long, Balsley, et 6833 Stalter Drive Rockford, IL 61108-2579 | | | MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT | | | | |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    389,120.81

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __John E. Connery_____     Case No. _____
                                                                    __Debtor__                                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **N/A**<br><br>**TransUnion**<br>**P.O. Box 2000**<br>**Chester, PA  19022** | | | **09/01/2008**<br><br>**NOTICE ONLY** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Tri-State Livestock Auction**<br>**P.O. Box 166**<br>**Sioux Center, IA 51250-0166** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**United Auction Center**<br>**P.O. Box 777**<br>**Maquoketa, IA 52060** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**Valley Pride Meats, Inc.**<br>**Rick Stewart**<br>**P.O. Box 256**<br>**Norwalk,  WI 54648-0256** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |
| ACCOUNT NO.<br><br>**Walnut Auction Sales**<br>**607 W. North**<br>**Walnut, IL 61376** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | **15,000.00** |

Sheet no.  8 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | **60,000.00** |

Total  ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>John E. Connery</u>                                    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 5,000.00 |
| **Wells Fargo Bank,  N.A.**<br>**Bankruptcy Dept.**<br>**P.O. Box 53476**<br>**Phoenix, AZ  85072-3476** | | | **MISSISSIPPI VALLEY LIVESTOCK, INC.-CONTINGENT AND DISPUTED DEBT** | | | | |

Sheet no.  <u>9</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢ $                5,000.00

Total  ➢ $            2,436,120.81

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In re:    **John E. Connery**                                      Case No. _____

                        **Debtor**                                Chapter  **7**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **9/23/2008**_____          Signed: **s/ John E. Connery**_____
                                                      **John E. Connery**

Signed:   _____
          **Francis Wm. Henkels**
          Attorney for Debtor(s)
          Bar no.:        **2305**
          **Francis Wm. Henkels**
          **1400 University Avenue, Suite D**
          **Dubuque, IA 52001**
          Telephone No.:   **(563) 557-1611**
          Fax No.:         **(563) 557-9775**
          E-mail address: